```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
RICARDO CASTRO, et al.,                               :
                                                      :
                        Plaintiffs,                   :
                                                      :    17-CV-1205 (VSB)
            - against -                               :
                                                      :         ORDER
                                                      :
AABC CONSTRUCTION, INC., et al.,                      :
                                                      :
                        Defendants.                   :
                                                      :
------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 9, 2020 I entered an Opinion & Order denying Plaintiffs' motion for summary judgment. (Doc. 77.) Accordingly, it is hereby:

ORDERED that, pursuant to Rule 6 of my Individual Rules & Practices in Civil Cases, a joint pretrial order and motions in limine are due on or before October 5, 2020. Oppositions to motions in limine, as well as proposed voir dire questions, proposed verdict sheets, and proposed jury instructions are due on or before October 26, 2020. Two courtesy copies of all documents shall be submitted to Chambers, and Microsoft Word versions of the proposed voir dire questions and jury instructions must also be submitted by email to BroderickNYSDChambers@nysd.uscourts.gov.

IT IS FURTHER ORDERED that, no later than September 1, 2020, the parties shall file a joint letter updating the court with proposed trial dates.

SO ORDERED.

Dated:  May 12, 2020
        New York, New York

_____
Vernon S. Broderick
United States District Judge