USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
:
RICARDO CASTRO, et al.                                    :
:
                Plaintiffs,                          :
:     17-cv-1205 (VSB)
    -against-                                            :
:     **ORDER**
AABC PLUMBING INC., et al.,                               :
:
                Defendants.                          :
:
----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

      This case is tentatively scheduled for trial beginning February 16, 2021. Accordingly, it is hereby:

      ORDERED that the parties shall appear for a telephonic status conference on December 18, 2020 at 12:00 p.m. The dial-in number for the conference is 888-363-4749 and the access code is 2682448.

SO ORDERED.

Dated: December 9, 2020
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge