# M&B
## MOSKOWITZ & BOOK, LLP

Christopher R. Neff

cneff@mb-llp.com

345 Seventh Avenue
New York, NY 10001
Phone: (212) 221-7999
Fax: (646) 833-1661

December 10, 2020

*By ECF*

Hon. Vernon Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Ricardo Castro and Jeff Jackson v. AABC Construction, Inc. et ano.*
              17 Civ. 1205 (VSB) (KNF)

Dear Judge Broderick:

      This firm represents Plaintiffs Ricardo Castro and Jeff Jackson in the above-captioned matter. I write to request that Your Honor reschedule the telephonic conference now set for December 18, 2020 to December 17, December 21, or December 22, or to a date convenient to the Court thereafter.

      The reason for this request is that the Honorable Lewis Liman has ordered the parties in Santana v. Twin Mount Service Station, *et al*, 20 Civ. 06171 (LJL), in which I represent the defendants, to engage in mediation no later than December 23, 2020. That mediation is scheduled to take place on December 18, 2020 and cannot be rescheduled within the deadline previously set by Judge Liman.

      I have conferred with Defendant Daniel Sheeri, who has no objection to this request. No prior request for rescheduling of the upcoming conference has been made.

      Thank you for your consideration of this letter.

Very truly yours,

MOSKOWITZ & BOOK, LLP

By: _____
Christopher R. Neff

APPLICATION GRANTED
SO ORDERED /s/ Vernon Broderick
VERNON S. BRODERICK
U.S.D.J.  12/11/2020

The status conference currently set for December 18, 2020 is adjourned and is rescheduled for December 21, 2020 at 12 PM. The dial-in number is 888-363-4749 and the conference code is 2682448. The Clerk of Court is directed to mail a copy of this endorsement to the pro se Defendant.