UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
RICARDO CASTRO, et al.,

                       Plaintiffs,

      -against-

AABC PLUMBING INC., et al.,

                       Defendants.
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/11/2021

17-cv-1205 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

    I am in receipt of the parties' letters dated May 7, 2021. (Docs. 92–93.) Accordingly, it is hereby:

    ORDERED that the May 10, 2021 deadline for the parties to submit a joint pretrial is adjourned sine die.

    IT IS FURTHER ORDERED that Mr. Wander is directed to file a notice of appearance as soon as the paperwork is completed for him to represent the pro se Defendant.

    IT IS FURTHER ORDERED that the parties are directed to meet and confer after Mr. Wander has filed a notice of appearance and submit a joint letter on or before May 20, 2021, indicating the parties' respective positions on proposed dates for trial and pretrial submissions.

    The Clerk's office is directed to mail a copy of this Order to the pro se Defendant.

    SO ORDERED.

Dated: May 11, 2021
       New York, New York

                                        Vernon S. Broderick
                                        United States District Judge