```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
RICARDO CASTRO, et al.,                                      :
                                                             :
                              Plaintiffs,                    :
                                                             :
               -against-                                     :
                                                             :
AABC PLUMBING INC., et al.,                                  :
                                                             :
                              Defendants.                    :
                                                             :
------------------------------------------------------------ X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  6/3/2021
```

17-cv-1205 (VSB)

**<u>ORDER</u>**

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of the parties' joint letter dated June 3, 2021. (Doc. 99.) In light of the prevailing public health guidelines in the Southern District of New York and the backlog of jury trials in the District, I cannot guarantee a date certain for any jury trial in February 2022, or any other time for that matter. Accordingly, it is hereby:

ORDERED that the parties' first two requests regarding pretrial submissions are GRANTED. The parties' joint pretrial order and motions in limine are due on or before August 16, 2021, and the parties' oppositions to motions in limine, proposed voir dire questions, proposed verdict sheets, and proposed verdict sheets are due on or before August 31, 2021.

IT IS FURTHER ORDERED that if the parties wish to schedule a trial for the second half of 2021, they are directed to submit a letter with that request on or before August 6, 2021.

IT IS FURTHER ORDERED that the parties' third request is DENIED, as I cannot guarantee a trial date in February 2022. I will wait until I hear from the parties about a potential trial date in the second half of 2021 before requesting a trial date for sometime in 2022.

SO ORDERED.

Dated: June 3, 2021
 New York, New York

_____
Vernon S. Broderick
United States District Judge