UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RICARDO CASTRO, et al.,                                     :
                                                            :
                      Plaintiffs,                    :
                                                            :      17-cv-1205 (VSB)
           -against-                                      :
                                                            :      **ORDER**
AABC CONSTRUCTION INC., et al.,                             :
                                                            :
                     Defendants.                    :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Pursuant to the parties' request that this case no longer proceed to a jury trial on February 22, 2022, and per my instructions at the January 14, 2022 status conference, it is hereby:

      ORDERED that the parties submit a joint letter on or before January 21, 2022 with their proposed dates for a jury trial in the second quarter of 2022.

SO ORDERED.

Dated: January 14, 2022
       New York, New York

                                                    _____
                                                    Vernon S. Broderick
                                                    United States District Judge