

MOSKOWITZ & BOOK, LLP

Christopher R. Neff

cneff@mb-llp.com

345 Seventh Avenue
New York, NY 10001
Phone: (212) 221-7999
Fax: (646) 833-1661

January 21, 2022

<u>By ECF</u>

Hon. Vernon Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**APPLICATION GRANTED**
**SO ORDERED**
VERNON S. BRODERICK
U.S.D.J.  01/24/2022

    Re:    <u>Ricardo Castro and Jeff Jackson v. AABC Construction, Inc.</u> et ano.
            17 Civ. 1205 (VSB) (KNF)

Dear Judge Broderick:

    This firm represents Plaintiffs Ricardo Castro and Jeff Jackson in the above-captioned matter. I write, with the consent of counsel for defendant Daniel Sheeri, to request a one-week extension of the parties' deadline to submit proposed trial dates in the second quarter of 2022. This request is made because I anticipate having additional information about potential conflicts within the next several days, which information is necessary to determine what dates Plaintiffs and their counsel will be available. Accordingly, I respectfully request that the parties be permitted to propose trial dates, by joint letter, on or before January 28, 2022.

    Thank you for your consideration of this request.

                              Very truly yours,

                              MOSKOWITZ & BOOK, LLP

                              By: _____
                                      Christopher R. Neff

cc:    All counsel of record, via ECF