UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
:
RICARDO CASTRO, :
:
                 Plaintiff, :
: 17-CV-1205 (VSB)
     -against- :
: ORDER
AABC CONSTRUCTION, INC., et al., :
:
               Defendants. :
:
--------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On January 14, 2022, I held a status conference to discuss whether the parties intended to remain on the jury trial calendar for February 22, 2022. At that conference, the parties informed me that they intended to seek a jury trial in the second quarter of 2022 instead. I directed the parties to submit proposed trial dates by January 28, 2022. It is hereby:

        ORDERED that the final pretrial conference currently scheduled for January 26, 2022 at 3:00 PM and the jury trial currently scheduled for February 22, 2022 at 10:00 AM are adjourned sine die.

SO ORDERED.

Dated: January 24, 2022
       New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge