UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
:
RICARDO CASTRO, et al.,                                :
:
                      Plaintiffs,    :
:         17-CV-1205 (VSB)
        -against-                               :
:         **ORDER**
AABC CONSTRUCTION, INC., et al.,             :
:
                    Defendants.    :
:
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        Pursuant to the parties' request, I directed the jury department to remove this case from the trial standby list and set a trial date during May or June 2022. The jury department has now set the Southern District of New York trial schedule for the second quarter of 2022. It is hereby:

        ORDERED that a jury trial in this matter is scheduled to begin on May 2, 2022 at 10:00 a.m.

        IT IS FURTHER ORDERED that a status conference in this matter will be held on March 9, 2022 at 3:00 p.m. regarding the parties' positions for trial. The dial-in number is 888-363-4749 and the conference code is 2682448.

SO ORDERED.

Dated:  March 4, 2022
         New York, New York

                                                        Vernon S. Broderick
                                                        United States District Judge