UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
RICARDO CASTRO, et al.,                                     :
                                                            :
                              Plaintiffs,                   :
                                                            :     17-CV-1205 (VSB)
               -against-                                    :
                                                            :     **ORDER**
AABC CONSTRUCTION, INC., et al.,                            :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

Per my directions at the March 9, 2022 status conference, is hereby:

ORDERED that Defendants submit their response to Plaintiff's cross-motions in limine and pretrial memorandum of law on or before April 11, 2022. Any reply from Plaintiff is due on or before April 18, 2022.

IT IS FURTHER ORDERED that the pretrial conference in this matter will take place on April 25, 2022 at 3:00 PM. The dial-in number is 888-363-4749 and the conference code is 2682448.

SO ORDERED.

Dated: March 9, 2022
       New York, New York

                                                 _____
                                                 Vernon S. Broderick
                                                 United States District Judge