UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
:
RICARDO CASTRO, et al.,                                   :
                                                          :
                        Plaintiffs,                       :
                                                          :            17-CV-1205 (VSB)
          -against-                                       :
                                                          :            **ORDER**
AABC CONSTRUCTION, INC., et al.,                          :
                                                          :
                        Defendants.                       :
                                                          :
--------------------------------------------------------- X

<u>VERNON S. BRODERICK</u>, United States District Judge:

On April 22, 2022, Defendant Daniel Sheeri notified me that he decided not to proceed with further litigation in this matter and the parties were engaged in resolving the case. (Doc. 141.) I ordered the parties to submit a joint status update to the Court on or before April 29, 2022. (Doc. 142.) On April 30, 2022, the parties requested a two-week adjournment of the deadline to submit their status update, (Doc. 143), which I granted, (Doc. 144.) That deadline has passed, and the parties have not submitted a joint status update. Accordingly, it is hereby:

ORDERED that the parties submit a status update regarding their settlement efforts and any outstanding disputes on or before May 25, 2022.

SO ORDERED.

Dated: May 20, 2022
       New York, New York

                                                          *Vernon Broderick* (signature)
                                                          Vernon S. Broderick
                                                          United States District Judge