```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
RICARDO CASTRO, et al.,                                    :
                                                           :
                              Plaintiffs,                  :
                                                           :        17-CV-1205 (VSB)
                   -against-                               :
                                                           :              ORDER
AABC CONSTRUCTION, INC., et al.,                           :
                                                           :
                              Defendants.                  :
                                                           :
----------------------------------------------------------- X
```

VERNON S. BRODERICK, United States District Judge:

     On April 22, 2022, Defendant Daniel Sheeri submitted a letter indicating that he decided that it is in his best interest not to proceed with further litigation and not to defend his case at trial. (Doc. 141.) I adjourned all deadlines in this case *sine die*, and I directed the parties to submit a joint status update identifying how they intended to proceed. (Doc. 142.) After several extension requests were granted, on August 11, 2022, Plaintiffs filed a Proposed Clerk's Certificate of Default against Defendant Daniel Sheeri. (Doc. 152.) On August 16, 2022, the Clerk's Office rejected the proposed certificate because Defendant Daniel Sheeri had already filed an answer in this action. (*See id*.) Plaintiffs have not taken any action since that date. Accordingly, it is hereby:

     ORDERED that, on or before August 31, 2022, Plaintiffs shall submit a status letter indicating how they intend to proceed in this litigation. Plaintiffs are warned that failure to inform the Court how they intend to proceed may result in dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: August 23, 2022
      New York, New York

                                                Vernon S. Broderick
                                                United States District Judge