```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
RICARDO CASTRO, et al.,                                    :
                                                           :
                              Plaintiffs,                  :
                                                           :         17-CV-1205 (VSB)
                -against-                                  :
                                                           :              ORDER
AABC CONSTRUCTION, INC., et al.,                           :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

On November 12, 2021, in advance of a scheduled jury trial, Defendant Daniel Sheeri filed a proposed motion in limine. (Doc. 118.) On April 22, 2022, Defendants informed me that they no longer intended to defend the case at trial, (Doc. 141), and Plaintiffs now intend to seek a default judgment against Defendants, (*see* Doc. 154.) Accordingly, it is hereby:

ORDERED that the proposed motion in limine, (Doc. 118), is DENIED without prejudice.

The Clerk of Court is respectfully directed to close the open motion at Doc. 118.

SO ORDERED.

Dated: September 27, 2022
       New York, New York

                                                  Vernon S. Broderick
                                                  United States District Judge