```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RICARDO CASTRO, et al.,                                     :
                                                            :
                              Plaintiffs,                   :
                                                            :          17-CV-1205 (VSB)
              -against-                                     :
                                                            :              ORDER
DANIEL SHEERI, et al.,                                      :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      On October 11, 2022, Plaintiffs submitted a letter requesting that I either grant Plaintiffs leave to seek a default judgment against Defendant Daniel Sheeri by motion rather than order to show cause, or that I enter an order for the Clerk of Court to accept Plaintiffs' Proposed Order to Show Cause as filed so that I can review it on its merits.  (Doc. 160.)  On October 14, 2022, I respectfully directed the Clerk of Court to enter the Proposed Certificate of Default, (Doc. 152), and accept the Proposed Order to Show Cause Without Emergency Relief, (Doc. 159), as long as the remainder of Plaintiffs' Proposed Certificate of Default, (Doc. 152), is accurate, (Doc. 161).  To date, the Clerk of Court has not entered the Proposed Certificate of Default or accepted the Proposed Order to Show Cause Without Emergency Relief.  Accordingly, it is hereby:

      ORDERED that, notwithstanding the fact that Defendant Daniel Sheeri has already filed an answer in this action, for the reasons stated in Plaintiffs' memorandum of law in support of their motion for entry of default judgment, (Doc. 159-1), if the remainder of Plaintiffs' Proposed Certificate of Default is accurate, the Clerk of Court enter the Proposed Certificate of Default, (Doc. 152).

IT IS FURTHER ORDERED that Plaintiffs, within three (3) days of the Clerk of Court's entrance of the proposed Certificate of Default, refile the Proposed Order to Show Cause Without Emergency Relief.  Upon receiving these materials, I will schedule a hearing.

SO ORDERED.

Dated: October 21, 2022
       New York, New York

_____
Vernon S. Broderick
United States District Judge