UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                        :
RICARDO CASTRO, et al.,                                 :
                                                        :
                                Plaintiffs,             :
                                                        :         17-CV-1205 (VSB)
                        -against-                       :
                                                        :         ORDER
AABC CONSTRUCTION, INC., et al.,                        :
                                                        :
                                Defendants.             :
                                                        :
------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

        The conference in this matter scheduled for December 16, 2022, at 1:00 p.m., is

adjourned to January 5, 2023, at 1:00 p.m.

SO ORDERED.

Dated:  December 14, 2022
        New York, New York

        Vernon S. Broderick
        United States District Judge