UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RICARDO CASTRO, et al.,

                       Plaintiffs,

                       17-CV-1205 (VSB)

          -against-

                       **DEFAULT JUDGMENT**

AABC CONSTRUCTION, INC., et al.,

                       Defendants.
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      In accordance with my comments at the Order to Show Cause hearing on January 5, 2023, it is hereby:

      ORDERED that default judgment as to liability is entered in favor of Plaintiff and against Defendants AABC Construction, Inc., and Daniel Sheeri. This case will be referred to Magistrate Judge Willis for an inquest on damages.

SO ORDERED.

Dated:    January 5, 2023
             New York, New York

                                                VERNON S. BRODERICK
                                                United States District Judge