UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RICARDO CASTRO, *et al.*

                                      Plaintiff,                    **ORDER**

               -against-                             **17-CV-1205 (VSB) (JW)**

AABC CONSTRUCTION, INC., *et al.*,

                                      Defendants.
-----------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

      The Honorable Vernon S. Broderick referred this case to the undersigned for an inquest in order to determine the amount of damages, if any, that should be awarded to the Plaintiff against Defendants AABC Construction, Inc. and Daniel Sheeri.

      Accordingly, IT IS HEREBY ORDERED that, on or before **February 3, 2023**, the Plaintiff shall prepare and file, with the Court: (1) proposed findings of fact and conclusions of law; and (2) an inquest memorandum of law, accompanied by supporting affidavits and exhibits, setting forth proof of their damages. The Plaintiff must serve these documents on Defendants, and file proof of such service with the Clerk of Court.

      IT IS FURTHER ORDERED that, on or before **February 17, 2023**, the Defendants shall prepare and file any opposing memoranda, affidavits and exhibits, as well as any alternative findings of fact and conclusions of law, and serve the same upon the Plaintiff.

      The Plaintiff shall serve the Defendants with a copy of this order and file proof of such service with the Clerk of Court.

      SO ORDERED.

Dated:    January 6, 2023
              New York, New York

_____
JENNIFER E. WILLIS
United States Magistrate Judge