# M&B
## MOSKOWITZ & BOOK, LLP

Christopher R. Neff

cneff@mb-llp.com

345 Seventh Avenue
New York, NY 10001
Phone: (212) 221-7999
Fax: (646) 833-1661

February 1, 2023

*By ECF*

Hon. Jennifer E. Willis
United States Magistrate Judge
Southern District of New York
40 Foley Square
New York, NY 10007

SO ORDERED.

*Jennifer E. Willis*
Jennifer E. Willis
United States Magistrate Judge

February 3, 2023

Re: *Ricardo Castro and Jeff Jackson v. AABC Construction, Inc.* et ano.
17 Civ. 1205 (JEW)

Dear Judge Willis:

This firm represents Plaintiffs Ricardo Castro and Jeff Jackson in the above-captioned matter.

I write respectfully to request that the Court extend the deadlines set in its Order of January 6, 2023 by one week. The reason for this request is that technical and logistical difficulties associated with the physical relocation of the undersigned's offices and file server this week have hindered my ability to prepare the necessary filings. I am confident that these issues will be resolved in the near future, but it is unlikely that they will be resolved in time for me to make the required filings on the current schedule. Because Defendants are in default, I have not sought their position on this request.

Accordingly, I respectfully request that the Court Order that:

(1) Plaintiffs shall prepare, file, and serve their proposed findings of fact, conclusions of law, inquest memorandum of law, and supporting affidavits and exhibits on or before February 10, 2023;

(2) Defendants shall prepare and file any opposing memoranda, affidavits, and exhibits, and any alternative findings of fact and conclusions of law on or before February 24, 2023.

Hon. Jennifer E. Willis
February 1, 2023
Page 2 of 2

        Thank you for your consideration of this letter.

                                            Very truly yours,

                                            MOSKOWITZ & BOOK, LLP

                                  By: _____
                                            Christopher R. Neff

cc:    All counsel of record, via ECF