**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
RICARDO CASTRO, et al.,

                Plaintiff,

-against-                      17 **CIVIL** 1205 (VSB)(JW)

**<u>JUDGMENT</u>**

AABC CONSTRUCTION, et al.,

                Respondent.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Opinion & Order dated May 12, 2023, the Report and Recommendation is ADOPTED in its entirety. The awarded damages, pre- and post-judgment interest, and attorneys' fees are confirmed. Specifically, Plaintiff Castro is awarded the following: 1. Damages in the amount of $182,312.50, representing: a. $86,156.25 in overtime; b. $86,156.25 in liquidated damages; and c. $10,000.00 in statutory damages. 2. Pre-judgment interest calculated at the rate of nine percent per annum on the unpaid wage sum of $86,156.25, to be calculated by the Clerk of Court from September 8, 2014, to the date of entry of the final judgment, in the amount of $67,364.75. 3. Post-judgment interest pursuant to 28 U.S.C. § 1961. Plaintiff Jackson is awarded the following: 1. Damages in the amount of $214,597.32, representing: a. $102,298.66 in unpaid wages and overtime; b. $102,298.66 in liquidated damages; and c. $10,000.00 in statutory damages. 2. Pre-judgment interest calculated at the rate of nine percent per annum on the unpaid wage sum of $102,298.66, to be calculated by the Clerk of Court from September 16, 2013, to the date of entry of the final judgment, in the amount of

$89,067.10. 3. Post-judgment interest pursuant to 28 U.S.C. § 1961. Plaintiffs shall also be awarded attorneys' fees and costs in the amount of $187,012.00.

**Dated:**  New York, New York

      May 15, 2023

 

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:**  *K. Mango*
_____
**Deputy Clerk**