UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                        :

RICARDO CASTRO, *et al.*,         :
                        :

             Plaintiffs,   :
                        :        17-CV-1205 (VSB)

      - against -         :
                        :        **ORDER**

AABC CONSTRUCTION, *et al.*,   :
            Defendants.  :
                        :
--------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On January 16, 2026 at 2:00 p.m. I held an Order to Show Cause Hearing. (*See* Doc. 206.) At the Hearing, I requested that the moving parties provide more information regarding my legal authority to hold Judgment Debtors in contempt for failure to comply with a CPLR § 5224 information subpoena. Moving parties provided a supplemental declaration on January 27, 2026 laying out my authority for such a procedure. (Doc. 207.) Accordingly, Judgment Debtors are ordered to comply with Judgment Creditors' CPLR § 5224 information subpoena and Fed. R. Civ. P. 45 subpoena by April 13, 2026 or else a finding of contempt will issue.

SO ORDERED.

Dated:      February 13, 2026
             New York, New York

                                  Vernon S. Broderick
                                  United States District Judge