UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
                                          :

RICARDO CASTRO, *et al.*,          :

                          :

               Plaintiffs,   :

                          :           17-CV-1205 (VSB)

          - against -    :

                          :            **ORDER**

AABC CONSTRUCTION, *et al.*,    :

               Defendants.  :

                          :
----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

On January 16, 2026 at 2:00 p.m. I held an Order to Show Cause Hearing.  On February 13, 2026, I issued an Order that "Judgment Debtors . . . comply with Judgment Creditors' CPLR § 5224 information subpoena and Fed. R. Civ. P. 45 subpoena by April 13, 2026 or else a finding of contempt will issue."  (Doc. 29.)  It is now April 24, 2026 and the parties have not provided any update as to Judgement Debtors' compliance with the subpoenas.  The parties shall submit a joint filing of no longer than three pages by April 31, 2026 indicating whether Judgment Debtors have complied with the subpoenas or whether a finding of contempt should issue.

     SO ORDERED.

Dated:   April 24, 2026
          New York, New York

                                          Vernon S. Broderick
                                        United States District Judge