UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RICARDO CASTRO, *et al.*, Plaintiffs, -against- AABC CONSTRUCTION, *et al.*, Defendants. | 17-CV-1205 (VSB) **ORDER** |

VERNON S. BRODERICK, United States District Judge:

On May 1, 2026, the parties jointly advised the Court that they were "currently exploring settlement." (Doc. 211.) To date, the parties have not taken any other actions in this case. Accordingly, it is hereby:

ORDERED that the parties file a joint letter regarding the status of settlement negotiations. The joint letter shall be due on or before October 23, 2026.

SO ORDERED.

Dated: October 9, 2026
New York, New York

Vernon S. Broderick
United States District Judge